

# IN THE
# TENTH COURT OF APPEALS

## No. 10-13-00238-CV

**DAWN DEMMA,**

**Appellant**

 **v.**

**MARVIN COOK,**

**Appellee**

### From the 13th District Court
### Navarro County, Texas
### Trial Court No. 11-20644-CV

## MEMORANDUM  OPINION

Appellant has filed a "Motion to Dismiss Appeal."  *See* TEX. R. APP. P. 42.1(a)(1).

Dismissal of this appeal would not prevent a party from seeking relief to which it

would otherwise be entitled.  The motion is granted, and the appeal is dismissed.


REX D. DAVIS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion granted; appeal dismissed
Opinion delivered and filed October 10, 2013
[CV06]